NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

v.

**BROOKS BROTHERS, INC. AND RETAIL BRAND
ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

_____

2013-1180

_____

Appeal from the United States District Court for the
Southern District of New York in No. 08-CV-10369, Judge
Sidney H. Stein.

_____

**ON MOTION**

_____

**O R D E R**

Raymond E. Stauffer moves without opposition for an
extension of time to file his reply brief.

2                                 STAUFFER v. BROOKS BROTHERS, INC.

     Upon consideration thereof,

     IT IS ORDERED THAT:

     The motion is granted.  Stauffer's reply brief, if it has not already been filed, is due within 14 days of the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27